**Motion GRANTED; Abatement Order filed February 2, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00924-CV**

_____

**RED STAG FULFILLMENT, LLC, Appellant**

**V.**

**ROSIE YANAS AND CHRISTOPHER STONE, INDIVIDUALLY AND AS NEXT FRIENDS OF CHRISTOPHER JAKE STONE, Appellees**

---

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV81158**

---

## ABATEMENT ORDER

On January 27, 2023, the parties moved to abate this appeal because they anticipate filing motions pursuant to Texas Rule of Appellate Procedure 42.1. *See* Tex. R. App. P. 42.1 (regarding voluntary dismissal and settlement in civil cases). The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **April 3, 2023**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to

reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.